32 So.2d 185

**Bessie SMITH v. STATE.**

**6 Div. 402.**

Court of Appeals of Alabama.
May 6, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

35 So.2d 925

**Charles Edward SMITH v. STATE.**

**6 Div. 618.**

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

29 So.2d 905

**Cornelius SMITH v. STATE.**

**6 Div. 366.**

Court of Appeals of Alabama.
Jan. 7, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

32 So.2d 185

**Frank SMITH v. STATE.**

**8 Div. 563.**

Court of Appeals of Alabama.
May 27, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.

32 So.2d 185

**Frank SMITH v. STATE.**

**8 Div. 564.**

Court of Appeals of Alabama.
May 27, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

32 So.2d 186

**Frank SMITH v. STATE.**

**8 Div. 565.**

Court of Appeals of Alabama.
May 27, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.